IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| HASAN BAYADI, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:15cv00618 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| HAROLD CLARKE, *et al.*, | ) | By: Norman K. Moon |
|     Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that defendants' motion for summary judgment (Docket No. 15) is **GRANTED in part** as to Bayadi's claims for damages against the defendants in their official capacities and **DENIED in part** as to defendant's argument that Bayadi's claim is unexhausted. Pursuant to Standing Order No. 2013-6, defendants are **DIRECTED** to file a motion for summary judgment, addressing *inter alia*, the merits of Bayadi's claim, within sixty days of the entry of this order.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

ENTER: This 24th day of August, 2016.

                                                              /s/ Norman K. Moon
                                                              NORMAN K. MOON
                                                              UNITED STATES DISTRICT JUDGE