# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **HASAN BAYADI,** | ) | Civil Action No. 7:15cv00618 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **HAROLD CLARKE,** *et al.*, | ) | By: Norman K. Moon |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that Bayadi's claim based on the Virginia Constitution is **DISMISSED without prejudice**; defendants' motion for summary judgment (Docket No. 23) is **GRANTED IN PART and DENIED IN PART**. Specifically,

(1) The motion is **GRANTED** with respect to Bayadi's First and Fourteenth Amendment claims and Virginia Code § 8.01-42.1 claim; and

(2) The motion is **DENIED** with respect to Bayadi's RLUIPA claim.

The Clerk shall send copies of this order and the accompanying memorandum opinion to the parties.

**ENTER**: This 25th day of September, 2017.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE