IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

HASAN BAYADI, #1081420,

    Plaintiff,

v.                                                Civil Action No. 7:15-cv-00618

HAROLD CLARKE, et al.,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

On this day the Court considered the parties' Joint Motion to Dismiss with Prejudice.

UPON CONSIDERATION WHEREFORE, it appearing to this Court that this matter has been resolved by and between the parties, by written agreement, there are no longer any issues in this action between Plaintiff and the Defendants to be determined by this Court. This Order shall discharge Defendants from all claims and demands related to this lawsuit and from all claims arising out of the same facts; it is therefore

ADJUDGED, ORDERED, and DECREED that this action is hereby DISMISSED WITH PREJUDICE.

ENTERED: 8/3/2018

*Pamela Meade Sargent*
JUDGE

I hereby agree to the entry of the above Order:

*[signature]*

Hasan Bayadi, #1081420, *pro se*
Sussex I State Prison
24414 Musselwhite Drive
Waverly, Virginia 23891
*Plaintiff*


I hereby agree to the entry of the above Order:

*[signature]*

Laura H. Cahill, AAG, VSB # 86328
Criminal Justice & Public Safety Division
Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
Phone: (804) 786-5630
Fax: (804) 786-4239
lcahill@oag.state.va.us
*Counsel for Defendants*